## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIMOTHY WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:21-cv-0080-RJD |
| | ) | |
| THE VILLAGE OF WASHINGTON | ) | |
| PARK, an Illinois home rule municipality, | ) | |
| RICKIE THOMAS, MARY McKINNEY, | ) | |
| JULIETTE GOSA, JAMES MADKINS, | ) | |
| FERRIS E. WILLIAMS, DEBBIE ANN | ) | |
| MOORE, and CLYDE JAKCSON, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION TO WITHDRAW</u>

Now comes Sprague and Urban and respectfully requests the Court to grant leave to withdraw as attorneys for Defendants, The Village of Washington Park, an Illinois home rule municipality, Rickie Thomas, Mary McKinney, Juliette Gosa, James Madkins, Ferris E. Williams, Debbie Ann Moore, and Clyde Jackson, and in support thereof states that a new administration has been elected to the Village of Washington Park, Illinois.

This Motion is being filed pursuant to local court rules. Defendants are hereby notified that they have the opportunity to be present on the hearing date for this Motion and they are further notified that to ensure notice of any action in this cause, they should retain other counsel herein or file with the Clerk of the Court, within twenty-one (21) days of the entry of the Order of Withdrawal, notice as to his address at which future notices or service of papers may be had upon them.

WHEREFORE, Sprague and Urban moves that they be allowed to withdraw as attorneys of record in the above captioned cause.

BY:    /s/ Blake G. Meinders
            Blake G. Meinders #6297175
            26 East Washington Street
            Belleville, IL 62220
            Tel:  (618) 233-8383
            Fax: (618) 233-5374
            bmeinders@spragueurban.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TIMOTHY WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:21-cv-0080-RJD |
| | ) | |
| THE VILLAGE OF WASHINGTON | ) | |
| PARK, an Illinois home rule municipality, | ) | |
| RICKIE THOMAS, MARY McKINNEY, | ) | |
| JULIETTE GOSA, JAMES MADKINS, | ) | |
| FERRIS E. WILLIAMS, DEBBIE ANN | ) | |
| MOORE, and CLYDE JAKCSON, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2021, I electronically filed Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Village of Washington Park
Attn:  Mayor Rickie Thomas
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn:  Ferris E. Williams
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn:  Mary McKinney
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn:  Debbie Ann Moore
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn: Juliette Gosa
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn:  Clyde Jackson
5218 North Park Drive
Washington Park, IL 62204

Village of Washington Park
Attn:  James Madkins
5218 North Park Drive
Washington Park, IL 62204

Mr. Lloyd Cueto
Attorney at Law
7110 West Main Street
Belleville, IL 62223

BY:   /s/ Blake G. Meinders
        Blake G. Meinders #6297175
        26 East Washington Street
        Belleville, IL 62220
        Tel:  (618) 233-8383
        Fax: (618) 233-5374
        bmeinders@spragueurban.com